838

*Robert T. McCracken* and *Stanley F. Coar* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl, William Strong* and *Miss Beatrice Rosenberg* for the United States.

No. 971. MAY DEPARTMENT STORES CO. *v.* NATIONAL LABOR RELATIONS BOARD. April 9, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. Lyle M. Allen* and *R. Walston Chubb* for petitioner. *Solicitor General Fahy, Mr. Alvin J. Rockwell* and *Miss Ruth Weyand* for respondent.

No. 1066. GENERAL ELECTRIC CO. *v.* JEWEL INCANDESCENT LAMP CO. ET AL. April 9, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Alexander C. Neave* for petitioner.

No. 980. WOMBLE *v.* UNITED STATES. See *ante,* p. 830.

No. 1000. THOMPSON, TRUSTEE, ET AL. *v.* TEXAS MEXICAN RAILWAY CO. April 23, 1945. Petition for writ of certiorari to the Court of Civil Appeals, 4th Supreme Judicial District, of Texas, granted. *Mr. Robert H. Kelley* for petitioners. *Messrs. M. G. Eckhardt* and *B. D. Tarlton* for respondent.

No. 1006. KEETON, ADMINISTRATRIX, *v.* THOMPSON, TRUSTEE IN BANKRUPTCY. April 23, 1945. Petition for